

**U.S. Department of Justice**

Civil Division

Tel: 202-514-4332

VIA CM/ECF

June 30, 2025

Ms. Nwamaka Anowi
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219

RE:   *Bond v. Merck & Co.*, No. 25-1383

Dear Ms. Anowi:

     I write regarding the certification under Federal Rule of Appellate Procedure 44 that this appeal includes a challenge to the constitutionality of the National Childhood Vaccine Injury Act, 42 U.S.C. §§ 300aa-1, *et seq*. The certification includes a notice from appellants stating that they planned to raise such a challenge. However, appellant's opening brief filed on June 26 does not appear to include a constitutional challenge to the National Childhood Vaccine Injury Act. *See, e.g.*, Br. 2 (Statement of the Issues). As a result, there does not appear to be cause for the United States to consider intervention at present. Should the constitutionality of this Act be challenged later in this litigation, the United States would welcome the opportunity to consider intervention at that time.

Sincerely,

/s/ Thomas Pulham
Thomas Pulham
Assistant Director, Appellate Staff
thomas.pulham@usdoj.gov