UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 25-1383 (L) and 25-1796, Bond v. Merck & Co. Inc.

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

✔ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> This Court's recent opinion in Needham v. Merck & Co., Inc., No. 24-1828, resolved three consolidated appeals from the same MDL as Bond (No. 25-1383) and Aguilar (No. 25-1796). Needham is relevant here for numerous reasons. For example, Needham described the background of the Vaccine Act, which relates to Merck's Rule 12 arguments in the instant appeal. Needham also discussed relevant procedural background in the MDL, including the "bellwether" process used for Plaintiffs' Rule 12 arguments. (See Merck's Bond Br. pp. 13-15, 81-92.)

Signature: /s/ Edward J. Dumoulin     Counsel for: Merck Defendants-Appellees

Date: 9/11/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)