**Case No. 25-1383**

———————————————————

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

———————————————————

IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION

———————————————————

MARY ELLOUISE BOND, et al.,

*Plaintiffs-Appellants,*

v.

MERCK & COMPANY, INC., et al.,

*Defendants-Appellees.*

———————————————————

On Appeal from the United States District Court for
the Western District of North Carolina, Nos. 3:22-md-03036-KDB,
3:22-cv-00117-RJC, 3:22-cv-00585-RJC

———————————————————

**JOINT MOTION FOR CONFERENCE**

———————————————————

1

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Fourth Circuit Rule 27(a), Plaintiffs-Appellants and Defendants-Appellees jointly move the Court for a conference pursuant to Fourth Circuit Rule 33. The Parties believe that a conference will facilitate the efficient management and disposition of the appeal.

This the 8th day of October, 2025.

/s/ Josh Autry
Josh Autry
MORGAN & MORGAN
199 Water St., Ste. 1500
New York, NY 10038
Telephone: (859) 899-8785
jautry@forthepeople.com

Allison Mullins
MULLINS DUNCAN HARRELL &
RUSSELL PLLC
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3321
amullins@turningpointlit.com

L. Cooper Harrell
MULLINS DUNCAN HARRELL &
RUSSELL PLLC
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3320
charrell@turningpointlit.com

/s/ David C. Wright III
David C. Wright III
ROBINSON, BRADSHAW &
HINSON P.A.
600 S. Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-8322
Facsimile: (704) 373-3922
dwright@robinsonbradshaw.com

Allyson M. Julien
Edward J. Dumoulin
GOLDMAN ISMAIL
TOMASELLI BRENNAN &
BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 881-5968
Facsimile: (312) 881-5191
ajulien@goldmanismail.com
edumoulin@goldmanismail.com

*Counsel for Defendants-Appellees Merck & Company,*

Bijan Esfandiari
WISNER BAUM
11111 Santa Monica Blvd.
Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
besfandiari@wisnerbaum.com

*Counsel for Plaintiffs-Appellants*

*Inc. and Merck Sharp & Dohme
LLC*